IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE L. FORD / PRO-SE

CIVIL ACTION NO
05-118
JUDGE (KAJ)

PLAINTIFFS,

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

FILED
2005 MAR -7 AM 11:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEFENDANT,

NOTICE OF FILING OF EXHIBITS, SUBPOENAS IN A CIVIL CASE.

1. DR. ROSS M. UFBERG M.D.
1021 GILPIN AVE SUITE 101
WILMINGTON, DE. 19806
10/28/03 - MEDICAL RECORDS
(SUBPOENA)

2. CORPORAL E. THOMPSON
DELAWARE STATE POLICE
TROOP 6
3301 KIRKWOOD HIGHWAY
WILMINGTON, DE. 19808
COMPLAINT NUMBER
06-03-124554
(SUBPOENA) CORRECT POLICE REPORT.

3. AMY F. SLAWSKI
1011 KENDALL ROAD
WILMINGTON, DE. 19805
(302) 994-8339
(SUBPOENA) DEPOSITION/WITNESS

WITNESS TO 10/27/03
HIT AND RUN AUTOMOBILE

Sworn to and Subscribed before me, this 7th
of March, 2005.

_Marilyn Russell_
SIGNED.
Notary

Stephanie L. Ford
_Stephanie L. Ford_
PRO-SE
19 ALBANY AVE
NEWCASTLE, DE
19720
3/8/05

CIVIL ACTION NO
05-118
JUGDE (KAJ)

Page 2

NOTICE OF FILING OF EXHIBITS, SUBPOENAS IN A CIVIL CASE.

3. MR. RICH BURTON
JOB RECRUITER
CHRISTIANA CARE
HEALTH SERVICES
P.O. BOX 2653
WILMINGTON, DE. 19805
(SUBPOENA) PHONE RECORDS/
DEPOSITION

4. MRS. CLARA CLARK
MEDICAL RECORDS
SUPERVISOR
CHRISTIANA CARE
HEALTH SERVICES
P.O. BOX 2653
WILMINGTON, DE. 19805
(SUBPOENA) PHONE RECORDS/
DEPOSITION.

5. MR. JEFFREY MACK
DISABILITY BENEFITS
SPECIALISTS
UNUM LIFE INSURANCE COMPANY
OF AMERICA
P.O. BOX 9548
PORTLAND, ME. 04122-5058
(SUBPOENA) PHONE RECORDS/
DEPOSITION

6. ST. FRANCIS HOSPITAL
MEDICAL RECORDS DEPARTMENT
7th & CLAYTON STREETS
P.O. BOX 2500
WILMINGTON, DE. 19805-0500

NOTE: I STEPHANIE L. FORD HAVE APPLIED FOR 29 JOBS AT CHRISTIANA CARE HEALTH SERVICES FROM 5/21/04 TO 7/02/04 AND ONE OF THE POSITION I APPLIED FOR AS A MEDICAL RECORDS CLERK (SEE INTENSIVE JOB SEARCH LOG) WAS ALSO DENIED. WHEN IN FACT I HAD ALREADY WORKED IN THIS SAME JOB FOR 9 YEARS.

Sworn to and Subscribed before me, this ___
March 2005.

SIGNED. Stephanie L. Ford
19 ALBANY AVE
NEWCASTLE, DE.

**RAMUNNO, RAMUNNO & SCERBA, P.A.**
ATTORNEYS-AT-LAW
903 N. FRENCH STREET
WILMINGTON, DELAWARE 19801-3371

(302) 656-9400
FAX (302) 656-9344

L. VINCENT RAMUNNO
LAWRENCE A. RAMUNNO
DAVID R. SCERBA
GLENN C. WARD*
VINCENT RAMUNNO, JR.
LOUIS JOSEPH RAMUNNO
* Also Admitted in PA

MIDDLETOWN OFFICE
702 ASH BOULEVARD
MIDDLETOWN VILLAGE SHOPPING CENTER
MIDDLETOWN, DE 19709
(302) 376-9100

June 11, 2004

Corporal E. Thompson
Delaware State Police
Troop 6
3301 Kirkwood Highway
Wilmington, DE 19808

    Re: My client: Stephanie Ford
        Date of automobile accident: October 27, 2003
        Driver: Stephanie Ford / Other driver: unknown
        Location of accident: w/b De. 4, West Newport Pike
        Complaint number: 06-03-124554

Dear Corporal Thompson,

    Please be advised that I represent Ms. Stephanie Ford for the personal injuries she sustained in an automobile accident on October 27, 2003.

    I am enclosing a copy of the accident report in which you were the investigating officer.

    In reviewing the report, you list witness #1 as Amy B. Hinton, WF 30, 189 Williamette Drive, Bear, Delaware 19701, 832-7802. Traveling behind V2. However, the information we have as to the witness in this accident is Amy F. Slawski-1011 Kendall Road, Wilmington, Delaware 19805, 994-8339. I have also spoken with Ms. Slawski and she is indeed a witness to this accident.

    Please advise if Amy B. Hinton is an additional witness to this accident or if the witness information is incorrect. If it is incorrect would you please send me a supplemental report indicating same.

                                   Very truly yours,

                                   **LAWRENCE A. RAMUNNO**

LAR/sah
enclosures
cc: Ms. Stephanie Ford

# INTENSIVE JOB SEARCH LOG

Name: Stephanie Ford   Week ____ of 4

Weeks: 5/24/04 to 5/28/04

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Job Recruiter | (302) 428-5746 | Mr. Chris Burton | Completed application |
| 5/28/04 | Unit Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Duplicator Operator | (302) 428-5746 | Christiana Care Hospital (Mr. Burton) | Completed application |
| 5/28/04 | Health Records Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | Completed application |

Search results verified by: _____   Date: _____

Additional Comments:

# INTENSIVE JOB SEARCH LOG

Name: Stephanie Ford

cs 6/7/04 to 6/11/04

Week ___ of ___

You provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 6/7/04 | Home Health Assistant | (302) 428-5746 | Christiana Care Hospital | completed application |
| 6/8/04 | Clerk position | (302) 428-5746 | Christiana Care Hospital | SC 5th floor |
| 6/8/04 | Clerk | (302) 428-5746 | Christiana Care Hospital | completed application |
| 6/11/04 | Consignment Assistant | (302) 428-5746 | Christiana Care Hospital | completed app. |
| 6/11/04 | Customer Assistant | (302) 428-5746 | Christiana Care Hospital | completed app. |
| 6/11/04 | Scheduler | (302) 428-5746 | Christiana Care Hospital | completed app. |
| 6/11/04 | Correctional Officer | (302) 739-5456 | The Employee Relations Center | completed application |

Search results verified by: C. Laurie Tech College, Mrs. Cecelia (302) 830-5209

Additional Comments: Have appointment Rehabitomy 6/15/04 Information Session at Delaware Tech August 5, 2004 10:00 to 12:00 Reference to Dr. Lovetones and Medical Valens Program

Date:

# INTENSIVE JOB SEARCH LOG

Name: Stephanie Ink

Week _____ of 4

Weeks: 5/18/04 to 5/24/04

provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans mittal copy of newspaper ad, email address of job listings, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 5/21/04 | Team Coordinator | job recruiter / (302) 428-5746 | Christiana Care Hospital / Mrs. Burton | completed application |
| 5/21/04 | Unit Clerk V2 | (302) 428-5746 | Christiana Care Hospital | completed application |
| 5/21/04 | Patient Information Rep. | (302) 428-5746 | Christiana Care Hospital | completed application |
| 5/21/04 | Patient Care Technician | (302) 428-5746 | Christiana Care Hospital | completed application |
| 5/21/04 | Lab Receiving Clerk | (302) 428-5746 | Christiana Care Hospital | completed application |

Search results verified by: _____

Additional Comments:

Date: _____

# INTENSIVE JOB SEARCH LOG

Name: Stephanie Funk

CS 6/14/04 to 6/18/04

Week ___ of 4

provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 6/15/04 | Medical Records Clerk | (302) 651-4000 | A.I. Dupont Hospital | Completed Application |
| 6/15/04 | Laundry Aide & Environmental Services | | St. Francis Hospital | Completed Application |
| 6/18/04 | Home Health Training Program | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| 6/18/04 | Assistant Program | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| 6/18/04 | Security Officer | (302) 428-5746 | Christiana Care Hospital | Completed Application |

Search results verified by: _____ Date: _____

Additional Comments:

Name  Stephanie Ford

Week ____ of 4

Dates  7/5/04  to  7/9/04

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.   Minimum of 5 job searches per week.

| | Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|---|
| 1 | 7/7/04 | Clerk | (802) 395-0400 | Statless Services Group | Completed application |
| | Notes | | | | |
| 2 | 7/7/04 | Security Officer | | Bennett Security Service | Completed application |
| | Notes | | | | |
| 3 | 7/8/04 | Security Officer | | Allied Security | Completed application |
| | Notes | | | | |
| 4 | 7/8/04 | Westaff Temp Service – Security Officer | | | |
| | Notes | | | | |
| 5 | | | | | |
| | Notes | | | | |
| 6 | | | | | |
| | Notes | | | | |

Job Search results verified by : _____  Date: _____

Additional Comments:

# CHRISTIANA CARE HEALTH SERVICES

# EMPLOYEE HEALTH SERVICE REFERRAL

## SECTION I - TO BE COMPLETED FOR ALL REFERRALS BY DEPARTMENT HEAD OR SUPERVISOR (INSTRUCTIONS ON BACK)

| NAME(LAST) | (FIRST) | (M.I.) | DATE | (TO BE COMPLETED BY THE TREATING FACILITY) | |
|---|---|---|---|---|---|
| | | | | TIME IN | TIME OUT |
| FACILITY: 4/2 | DEPT/UNIT | SOCIAL SECURITY NUMBER | JOB TITLE | DATE OF BIRTH | HOME PHONE: |

**MEDICAL AUTHORIZATION:**
I understand that Christiana Care maintains information in paper and electronic form.
I authorize EHS to access Christiana Care's information pertinent to my care

| SYMPTOM OR PROBLEM: | EMPLOYEE SIGNATURE |
|---|---|
| 1. ☐ OCCUPATIONAL INJURY/ILLNESS - COMPLETE BELOW<br>2. ☐ NON OCCUPATIONAL INJURY ILLNESS | AUTHORIZE SIGNATURE/SUPERVISOR OR MANAGER: |

**A. ACCIDENT OCCURRED**

| HOSPITAL/SITE | DEPT / UNIT | DATE OF INJURY | HOUR OF DAY | MACHINE, TOOL OR OBJECT CAUSING INJURY / ILLNESS |
|---|---|---|---|---|
| | | | | |

THIS SECTION IS REQUIRED FOR OCCUPATIONAL INJURIES | LOCATION WHERE INJURY OCCURRED | DATE SUPERVISOR NOTIFIED | SUPERVISOR'S NAME | PHONE:

**B. FULL DESCRIPTION OF INJURY** (DESCRIBE EXACTLY WHAT HAPPENED IN ORDER OF EVENTS AND WHY IT HAPPENED. INDICATE APPARENT INJURY AND CONDITION OF EQUIPMENT OR APPAREL WHERE SIGNIFICANT)

WITNESS: _____

## SECTION II - TO BE COMPLETED BY PHYSICIAN AND/OR NURSE

[section redacted/blacked out]

| 1. DISPOSITION: | 2. STATUS |
|---|---|
| ☒ CLEARED FOR WORK  ☒ RESTRICTIONS: 15 lb lifting restriction<br>☐ SEND HOME<br>☐ REMAIN ON DUTY | ☐ OCCUPATIONAL INJURY/ILLNESS  ☒ NON-OCCUPATIONAL INJURY/ILLNESS<br>☐ REVIEW: (Reason) _____ |

| REFERRED TO: | APPT: | PROVIDER | RETURN VISIT DATE | RTW DATE |
|---|---|---|---|---|
| | | [signature] | | 4-13-04 |

15001 S(87680)(0501)            SUPERVISOR'S COPY