IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civ. No.   05-118 KAJ |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this 30th day of Nov._____, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1.  The application is DENIED based on plaintiff's annual income of approximately $16,640.00  (D.I. 1)

2.  The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge