OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.# ___05-118 KAJ___

CASE CAPTION: ___Ford___   v.  ___Unum Life Insurance___

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _____ DEC 0 2 2005 _____    Signed: _Stephanie L. Ford_
by Plaintiff:                                             Pro Se Plaintiff

Date Received _____ DEC 0 2 2005 _____    Signed: _Evette Watson_____
by Clerk's office:                                        Deputy Clerk

Note:  If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04