IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF
STEPHANIE LYNN FORD

V.

DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA

CIVIL DOCK
# 00118
(KAJ)

**USPS Return Receipt (PS Form 3811):**
- Article Addressed to: UNUM LIFE INSURANCE COMPANY OF AMERICA, 1105 NORTH MARKET ST, WILMINGTON, DE 19801
- Service Type: Certified Mail
- Article Number: 7005 1160 0005 0807 6721
- Postmark: DEC 16 2005

**USPS Certified Mail Receipt (PS Form 3800):**
- WILMINGTON DE 19801
- Postage: $1.98
- Certified Fee: $2.30
- Return Receipt Fee: $1.75
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.03
- Postmark: NEW CASTLE DE MANOR BRANCH DEC 13 2005
- Sent To: UNUM LIFE INS. CO. OF AMERICA
- Street: 1105 NORTH MARKET ST
- City, State, ZIP+4: WILMINGTON, DE. 19801

**Sales Receipt:**
```
            MANOR BRANCH
         NEW CASTLE, Delaware
              197209996
           3379300721-0097
12/13/2005    (302)328-5893   11:14:19 AM

                 Sales Receipt
Product        Sale     Unit      Final
Description    Qty      Price     Price

WILMINGTON DE 19801                $1.98
First-Class
  Return Receipt (Green Card)      $1.75
  Certified                        $2.30
  Label Serial #:  70051160000508076721
                                ========
            Issue PVI:              $6.03

EP 10x13 Env    1     $0.49        $0.49
 - RP
EP 10x13 Env    1     $0.49        Void
 - RP

Total:                             $6.52

Paid by:
Cash                              $20.00
Change Due:                      -$13.48

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:   1000301739164
Clerk:   08

— All sales final on stamps and postage. —
     Refunds for guaranteed services only.
         Thank you for your business.
              Customer Copy
```

FROM: STEPHANIE L. FORD
19 ALBANY AVE
NEWCASTLE, DE 19720

FILED 2005 DEC 23 PM 12:51
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE