IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PLAINIFF

STEPHANIE LYNN FORD

CIVIL DOCKET
05CV # 00118
(KAJ)

V.

DEFENDANT

UNUM LIFE
INSURANCE COMPANY
OF AMERICA

LETTER TO THE COURT:

I STEPHANIE LYNN FORD TRIED TO SERVE THE SUMMONS AND COMPLAINT TO UNUM LIFE INSURANCE COMPANY OF AMERICA ON DECEMBER 16, 2005. THE PACKAGE WAS SIGNED FOR, UNOPENED AND PLACED BACK IN THE MAILBOX. I AM ENCLOSING A COPY OF THE PACKAGE ENVELOPE AND A COPY OF THE TRACK AND CONFIRM SEARCH RESULTS.
SINCERELY,



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0005 0807 6721**
Status: **Delivered**

Your item was delivered at 9:30 am on December 16, 2005 in WILMINGTON, DE 19899.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



From: Stephanie L. Ford
19 Albany Ave
New Castle, De. 19720

12/29/05

To: Unum Life Insurance Co
Of America
1105 North Market Street
Wilmington, DE 19801

RETURN RECEIPT REQUESTED
CERTIFIED MAIL
7005 1160 0005 0807 4721

Return to Sender