IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

05-118 (KAJ)

PLAINTIFF,

STEPHANIE L. FORD

V,

DEFENDANT

UNUM LIFE INSURANCE
COMPANY OF AMERICA



RECEIVED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION OF JUDGMENT DEFAULT

I STEPHANIE L. FORD AM ASKING
THIS HONORABLE COURT TO GRANT
RELIEVE ON THIS CASE AGAINST
UNUM LIFE INSURANCE COMPANY OF
AMERICA, FOR FAILURE TO RESPOND
TO THE SUMMONS AND COMPLAINT.

SINCERELY,
Stephanie L. Ford 1/9/06