IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-118 (KAJ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 19th day of January, 2006,

WHEREAS, plaintiff filed a motion for default judgment (D.I. 9) on January 9, 2006;

WHEREAS, plaintiff's attempt to serve the defendant by certified mail was marked as "Return to Sender" (D.I. 8). Therefore,

IT IS ORDERED that the motion for default judgment (D.I. 9) is DENIED.

_____
UNTIED STATES DISTRICT JUDGE