IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


STEPHANIE L. FORD

PLAINTIFF

05cv 118
CIVIL DOCKET
#00118
(KAJ)


V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

DEFENDANT,

2006 JAN 23 PM 3:07


MOTION OF SECOND REQUEST FOR
APPOINTMENT OF COUNCEL


I, STEPHANIE L. FORD AM ASKING THE
HONORABLE JUDGE KENT A. JORDAN TO APPOINT
ME COUNCEL, TO ASSIST ME WITH THIS ERISA
LEGAL MATTER WITH THE (DEFENDANTS)
UNUM LIFE INSURANCE COMPANY OF AMERICA.
I AM UNEDUCATED WITH THE LEGAL PROCEDURES
IN THIS CASE.

SINCERELY,

Stephanie L. Ford 1/23/06

CC: UNUM LIFE INSURANCE COMPANY
OF AMERICA — MR. WALTER MCEVILY