IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE L. FORD

PLAINTIFF

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

DEFENDANT

CERTIFICATE OF SERVICE
FOR DEFAULT MOTION

05-CV118
CIVIL DOCKET
# 00118
(KAJ)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. WALTER P. McEVILLY
UNUM LIFE INSURANCE
COMPANY OF AMERICA
1105 NORTH MARKET ST.
7th FLOOR
WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 11 2006

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1350 0004 3597 7995

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $0.39 | |
| Certified Fee | $2.40 | 0721 09 Postmark Here |
| Return Reciept Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.64 | 01/10/2006 |

Sent To  UNUM LIFE INSURANCE COMPANY
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002   See Reverse for Instructions

MANOR BRANCH
NEW CASTLE, Delaware
197209996
3379300721-0098
01/10/2006   (302)328-5893   11:11:11 AM

Sales Receipt
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WILMINGTON DE 19801 First-Class 0.60 oz. | | | $0.39 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: | 7004135000043597 7995 | | |

Issue PVI:   $4.64

Total:   $4.64

Paid by:
Cash   $5.00
Change Due:   -$0.36

Bill#: 1000201753059
Clerk: 09

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

FROM: STEPHANIE L. FORD
19 ALBANY AVE
NEW CASTE, DE 19720

CC: UNUM LIFE INSURANCE COMPANY OF AMERICA
MR. WALTER McEVILLY