IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | CIVIL ACTION NO. 05-CV-105 (KAJ) |
| Plaintiff | : | 05-CV-118 (KAJ) |
| | : | |
| vs. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA, | : | |
| Defendant | : | |
| | : | |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Walter P. McEvilly, Jr., a member of the bar of this Court, pursuant to general order #23 of this Court and District Court Rule 83.5(c), moves the admission *pro hac vice* of Kirk L. Wolgemuth, Esquire, Stevens & Lee, 111 North Sixth Street, Reading, Pennsylvania, 19603 to represent the Defendant UNUM Life Insurance Company of America as co-counsel in the above actions. The Admittee is admitted, practicing and in good standing in the state and federal courts of the Commonwealth of Pennsylvania.

_____
Walter P. McEvilly, Jr. (I.D. No. 660)
**STEVENS & LEE**
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Kirk L Wolgemuth, Esquire
Stevens & Lee
111 N. Sixth Street
P. O. Box 679
Reading, PA 19603-0679

Counsel for Defendant

1