IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-118 (KAJ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this **7th** day of **February, 2006,**

IT IS ORDERED that the scheduling teleconference presently set for **February 7, 2006 at 11:30 a.m.** is hereby rescheduled to **February 24, 2006 at 4:00 p.m.** Counsel for Defendant shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE