**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| Plaintiff | : | CIVIL ACTION NO. 05-CV-118 (KAJ) |
| vs. | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| Defendant | : | |

# DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

STEVENS & LEE, PC
Walter P. McEvilly, Jr.
Delaware ID No. 0660
Kirk L. Wolgemuth
Pennsylvania ID No. 45792
1105 North Market Street
Wilmington, Delaware 19801
302-425-3300

DKT. NO. 17
DT. FILED 2/22/06

02/22/06/SL1 605000v1/010305.00190

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff | : CIVIL ACTION NO. 05-CV-118 (KAJ) |
| vs. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : |
| Defendant | : |

## ORDER

AND NOW, this _____ day of February, 2006, upon consideration of Defendant's Memorandum in Opposition to Plaintiff's Motion for Judgment by Default, it is hereby ORDERED that Plaintiff's Motion for Default Judgment is DENIED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 05-CV-118 (KAJ) |
| | : | |
| vs. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant | : | |

### DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

#### I. STATEMENT OF THE NATURE AND STAGE OF PROCEEDINGS

On February 28, 2005, Plaintiff filed a Complaint in this Court against Unum Life Insurance Company of America ("Unum"). The Plaintiff did not serve the Complaint or Summons on Unum as required by the Federal Rules of Civil Procedure. Plaintiff subsequently filed a Motion for Default Judgment on January 9, 2006. Plaintiff's Motion for Judgment by Default must be denied because Plaintiff did not serve the Complaint on Unum as required by Federal Rule of Civil Procedure No. 4.

#### II. SUMMARY OF ARGUMENT

The Court must deny Plaintiff's Motion for Default Judgment because Plaintiff did not serve the Complaint or Summons on Unum as required by Rule 4 of the Federal Rules of Civil Procedure.

#### III. STATEMENT OF FACTS

On February 28, 2005, Plaintiff filed a Complaint against Unum. It appears that Plaintiff is alleging a claim for disability benefits or a claim for discrimination as a result of her denial of disability benefits. There is a second case before this Court docketed at 05-CV-105

1

where similar claims have been raised. Neither the Complaint filed on February 28, 2005 nor the Summons were served upon Unum. Plaintiff attempted to serve Unum at 1105 North Market Street, Wilmington, Delaware 19801. Unum does not maintain an office at that address. The undersigned does maintain an office at that address but counsel did not receive a copy of the Complaint or the Summons. Plaintiff informed the Court that the Complaint and Summons were returned to her as "Undeliverable." She subsequently filed a Motion for Default Judgment on or about January 9, 2006.

## IV. ARGUMENT

Plaintiff's Motion for Default must be denied because she failed to serve a copy of the Complaint as required by Rule 4 of the Federal Rules of Civil Procedure.

Rule 4(c) of the Federal Rules of Civil Procedure states as follows:

> (1) A summons shall be served together with a copy of the complaint. The plaintiff is responsible for service of a summons and complaint within the time allowed under subdivision (m) and shall furnish the person effecting service with the necessary copies of the summons and complaint.

Subdivision (m) under Rule 4 provides the following:

> Time Limit for Service. If service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the court, upon motion, or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time: provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

In this case, the Plaintiff filed the Complaint and failed to serve a Summons or copy of the Complaint upon Unum. In addition, neither Unum nor counsel has received and signed the appropriate waiver of service forms and returned them to the Plaintiff or the Court. Plaintiff attempted to serve a copy of the Complaint on the office building where counsel

2

maintains an office without addressing the correspondence to Stevens & Lee. Instead, Plaintiff addressed the letter containing the copy of the Complaint to Unum at that address. Unum does not maintain an office in this office building and its principal place of business is located in Portland, Maine. Plaintiff did not serve Unum in Maine or serve its registered agent a copy of the Complaint.

Accordingly, since Unum was not served a copy of the Complaint or Summons as required by Rule 4 of the Federal Rules of Civil Procedure, Plaintiff's Motion for Default Judgment should be denied. Further, the case law is clear that the failure to comply with Rule 4(a) may require the Court to dismiss the Complaint. Sene v. MBNA America, Inc., 2005 U.S. Dist. LEXIS 20786, *3-4 (D. Del. Sept. 20, 2005), citing Ayres v. Jacobs & Crumplar, P.A., 99 F.3d 565, 569 (3d Cir. 1996); Brown v. The Honorable Fredrico Pena, 1997 U.S. Dist. LEXIS 6374, *13 (D. Del. April 11, 1997).

V. **CONCLUSION**

Based upon the above, Unum respectfully requests that Plaintiff's Motion for Default Judgment be denied in its entirety.

STEVENS & LEE

_____
Walter P. McEvilly, Jr.
Delaware ID No. 0660
Kirk L. Wolgemuth
Pennsylvania ID No. 45792
1105 North Market Street
Wilmington, Delaware 19801
302-425-3300

Attorneys for Defendant
Unum Life Insurance Company of America

## CERTIFICATE OF SERVICE

I Walter P. McEvilly, Jr., Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Answering Brief in Opposition to Plaintiff's Motion for Default Judgment upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Stephanie L. Ford
19 Albany Avenue
New Castle, Delaware  19720

_____
Walter P. McEvilly, Jr.

Date: February 22, 2006

**Briefs, Responses and Replies**
1:05-cv-00118-KAJ Ford v. Unum Life Insurance Company of America

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from McEvilly, Walter entered on 2/22/2006 at 12:39 PM EST and filed on 2/22/2006
**Case Name:**           Ford v. Unum Life Insurance Company of America
**Case Number:**         1:05-cv-118
**Filer:**               Unum Life Insurance Company of America
**Document Number:** 17

**Docket Text:**
ANSWERING BRIEF in Opposition *to Plaintiff's Motion for Default Judgment* filed by Unum Life Insurance Company of America.Reply Brief due date per Local Rules is 3/1/2006. (Attachments: # (1) Certificate of Service# (2) Text of Proposed Order Proposed Order)(McEvilly, Walter)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172856-0]
[113d8527396f95fff63efba35a39ed474d1d48eef8de6ba421d5a045e50e5b88d873
28938f16b3c055d85eeb880da88c43e28855b9cc18724594cca95a1e9e5e]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172856-1]
[794a850b7a258cce85e2701813b7aef23baaa82ea98fa2f355507ef87c537a3e6ab8
7adf32c3aca4ce3e2dbe75571f3ab68178e6f6f1dc802cfcc461fb0b0f3f]]
**Document description:** Text of Proposed Order Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172856-2]
[51cf2896afcf7cbf8cf8902e9cd4b8486686a0bb1ebe9f06beab253fecb7fca478ea
20e3799d875ebc2fa0558315f03814f9d9ade5b12deb88f8b422851b77ee]]

**1:05-cv-118 Notice will be electronically mailed to:**

Walter P. McEvilly , Jr    wpm@stevenslee.com,

**1:05-cv-118 Notice will be delivered by other means to:**