IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO. 05-105 (KAJ)
JURY TRAIL

STEPHANIE LYNN FORD

PLAINTIFF

V.

1. UNUM LIFE INSURANCE
   COMPANY OF AMERICA

2. CHRISTIANA CARE HEALTH SYSTEMS

3. MR. RICHARD BURTON

4. MRS. CLARA CLARK

TITLE 18 SECTION 2301 TO 2318,
SECTION 502, ERISA,

DEFENDANTS,


MOTION OF JOINDER OF OTHER PARTIES
AMENDMENT OF PLEADINGS


I THE PLAINTIFF, STEPHANIE LYNN FORD, PRO-SE, HEREBY RESPECTFULLY REQUEST THIS HONORABLE COURT, FOR A ORDER GRANTING THE PLAINTIFFS' MOTION TO AMEND THE COMPLAINT. BY ADDING ON THE FOLLOWING DEFENDANTS CHRISTIANA CARE HEALTH SYSTEMS, MR. RICHARD BURTON, 'PROFESSIONAL RECRUITER', MRS. CLARA CLARK 'MEDICAL RECORDS SUPERVISOR',


1. Plaintiff, STEPHANIE LYNN FORD, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendant, STEVEN & LEE / MR. WALTER P. McEVILLY JR. / UNUM LIFE INSURANCE
   COMPANY OF AMERICA resides at, or its business is located at 1105 North Market Street 7th FLOOR
   Wilmington, Delaware 19801

3. Defendant, CHRISTIANA CARE HEALTH SYSTEMS resides at, or its business is located at
   200 Hygeia Drive Newark, Delaware 19713

4. Defendant, Mr. Richard Burton / Professional Recruiter / resides at, or its business is located at 200 Hygeia Drive Newark, Delaware 19713 Human Resources Department.

5. Defendant, Mrs. Clara Clark / Medical Records Supervisor / resides at, or its business is located at 200 Hygeia Drive Newark, Delaware 19713 Human Resources Department.

6. I the plaintiff, Stephanie Lynn Ford have been working at the Christiana Care Health Systems for 17 years from August 24, 1987 to October 28, 2003, I was in a Hit & Run Automobile Accident on October 28, 2003, my injuries are CERVICAL THORACIC LUMBOSACRAL STRAIN, S/P R SIDED RIB TRAUMA, BILATERAL HAMSTRING STRAIN, R SHOULDER ARM AND FOREARM STRAIN. PLEASE SEE DOCTORS NOTES.

7. On April 12, 2004, I the Plaintiff, Stephanie Lynn Ford were released by the Dr. Ross Ufberg to return to work.

8. On April 13, 2004 I the Plaintiff, Stephanie Lynn Ford was cleared for work by the Christiana Care Health Systems Employee Nurse and were assigned a job recruiter by Human Resources Department for job placement. Assigned job recruiter ' Mr. Richard Burton' he setup an appointment with me for April 16, 2004, at 2:00 p.m.. The Defendant Mr. Richard Burton instructed me to apply on-line for employment and that my old position in the Radiology Department has been filled.

9. On April 20, 2004, The Defendant Unum Life Insurance Company Of America Denied my request for Long Term Disability Benefits.

10. On April 23, 2004, I the Plaintiff Stephanie Lynn Ford called the Defendant via-telephone 'Mr. Richard Burton' in reference to job placement and he directly told me to "FIND OTHER EMPLOYMENT AT ANOTHER CORPORATION".

11. I the Plaintiff Stephanie Lynn Ford called the Defendant Mr. Richard Burton on April 27, 2004 at 9:30 a.m. No return phone call or response, on April 30, 2004 No return phone call or response, from the Defendant.

12. I the Plaintiff, Stephanie Lynn Ford have applied for 29 jobs at the Christiana Care Health Systems from April 12, 2004 to July 2, 2004, PLEASE SEE INTENSIVE JOB SEARCH LOG SHEETS.

13. I the Plaintiff Stephanie Lynn Ford appealed the Denial Letter from the Defendant Unum Life Insurance Company Of America for Long Term Disability Benefits on April 24, 2004.

14. On May 28, 2004, I the Plaintiff Stephanie Lynn Ford applied for the position in the Medical Records Department as a Clerk 03 position. " I THE PLAINTIFF

WANT TO INFORM THE COURT THAT I HAD PREVIOUS WORKED IN THIS SAME POSITION PRIOR FOR 9 YEARS AND WAS REFUSED THIS POSITION BY THE DEFENDANT MRS. CLARA CLARK.

15. I the Plaintiff Stephanie Lynn Ford called the Defendant Mrs. Clara Clark via-telephone and explain my situation to her about the accident, and that I needed a job and wanted to work, Consequently, she refused me the position.

16. On June 28, 2004, The Defendant Unum Life Insurance Company Of America sent another letter of Denial for Long Term Disability Benefits.

17. CLAIM ONE: I the Plaintiff Stephanie Lynn Ford am raising the issue and unlawful misconduct that the Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA wrongfully without any due process of the law canceled the Plaintiff, Stephanie Lynn Ford LIFE INSURANCE POLICY, TERMINATED LIFE INSURANCE POLICY, DENYING LONG TERM DISABILITY BENEFITS . TITLE 18 SECTION 2301 TO 2318, SECTION 502, ERISA, 29 U.S.C.1132 , Plaintiff, Stephanie Lynn Ford was the under doctors care between October 28, 2003 to April 12, 2004, because of a hit & run automobile accident on October 28, 2003 which the Plaintiff was not at fault injuries incur PLEASE SEE DOCTORS NOTES.

18. CLAIM TWO: I The Plaintiff Stephanie Lynn Ford am raising the issue and unlawful misconduct that the Defendant CHRISTIANA CARE HEALTH SYSTEMS wrongfully terminated the Plaintiff and refused to placed Plaintiff in a job position without any due process of the law. As a result, Defendant CHRISTIANA CARE HEALTH SYSTEMS terminated Plaintiff, Stephanie Lynn Ford , LOSS JOB, PENSION PLAN BENEFITS , LIFE INSURANCE POLICY, MEDICAL BENEFITS , DENTAL INSURANCE PLAN, LONG TERM DISABILITY BENEFITS, PERSONAL ACCIDENT INSURANCE , PLAINTIFF HAD TO CASH 401K TO PAY MORTGAGE.. DEFENDANT CHRISTIANA CARE HEALTH SYSTEMS IS IN VIOLATION OF THE TITLE 18 SECTION 2301 TO 2318 , SECTION 502, ERISA , 29 U.S.C. 1132 Plaintiff could not report back to work while under the doctors care for the October 28, 2003, accident to April 12, 2004. PLEASE SEE DOCTORS NOTES

19. CLAIM THREE: I the Plaintiff Stephanie Lynn Ford am raising the issue and unlawful misconduct that the Defendant MR. RICHARD BURTON /JOB RECRUITER wrongfully without any due process of the law told the the Plaintiff Stephanie Lynn Ford quote " FIND OTHER EMPLOYMENT AT ANOTHER CORPORATION" end quote, Defendant Mr. Richard Burton wrongfully refused to placed the Plaintiff , Stephanie Lynn Ford in a position equal to my pay or any position that were available.  After Plaintiff applied for 29 job position at CHRISTIANA CARE HEALTH SYSTEMS including the job I had previously worked in for 9 years in the Medical Records Department.  I spoke with Defendant Mrs. Clara Clark by via telephone and she refused me employment as

well. Because of the misconduct and discriminatory action the Defendants Mr. Richard Burton , Defendant Mrs. Clara Clark cause the Plaintiff to LOSE LOSS OF JOB EMPLOYMENT , PENSION PLAN BENEFITS , LIFE INSURANCE POLICY , DENTAL INSURANCE BENEFITS , MEDICAL INSURANCE BENEFITS , LONG TERM DISABILITY BENEFITS, PLAINTIFF STEPHANIE LYNN FORD  HAD CASH IN 401K TO PAY MORTGAGE. DEFENDANTS   is in violation of the TITLE 18 SECTION 2301 TO 2318 SECTION 502 , ERISA , 29 U.S.C.1132

20. RELIEF:  WHERFORE, PLAINTIFF STEPHANIE LYNN FORD , ask this Honorable Court  to grant plaintiffs' motion to amend the complaint against the defendants.

21. The Plaintiff Stephanie Lynn Ford am requesting this Honorable Court to grant monetary damages in the amount $ 100, 000 dollars for PAIN AND SUFFERING MENTAL ANGUISH, LOSS PENSION BENEFITS , LOSS MEDICAL BENEFITS, WRONGFULLY TERMINATED OF EMPLOYMENT ,LOSS DENTAL INSURANCE BENEFITS , LOSS 75,000 DOLLARS LIFE INSURANCE POLICY , LOSS LONG TERM DISABILTY INSURANCE ,LOSS PERSONAL ACCIDENT INSURANCE, Plaintiff requesting LOSS WAGES WITH INTEREST, PLUS COURT COST AND ATTORNEY FEES.

Sincerly,  
*Stephanie L Ford*  
Stephanie Ford  
19 Albany Ave  
New Castle De 19720  
March 14, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the forgoing were caused to be served this 14th day of March, 2006 upon the following

In the manner indicated:

U. S. CERTIFIED MAIL

1. STEVEN & LEE
   MR. WALTER P. McEVILLY JR.
   UNUM LIFE INSURANCE
   COMPANY OF AMERICA
   1105 NORTH MARKET STREET, 7TH FLOOR
   WILMINGTON, DELAWARE 19801

2. CHRISTIANA CARE HEALTH SYSTEMS
   200 HYGEIA DRIVE
   NEWARK, DELAWARE 19713

3. MR. RICHARD BURTON
   CHRISTIANA CARE HEALTH SYSTEMS
   PROFESSIONAL RECRUITER
   200 HYGEIA DRIVE
   NEWARK, DELAWARE 19713

4. MRS. CLARA CLARK
   CHRISTIANA CARE HEALTH SYSTEMS
   MEDICAL RECORDS SUPERVISOR
   200 HYGEIA DRIVE
   NEWARK, DELAWARE 19713

STEPHANIE LYNN FORD
*Stephanie L. Ford*
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720