OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2006

**Stephanie Lynn Ford**
19 Albany Avenue
New Castle, DE 19720

RE:  **Motion of Joinder / Amendment of Pleadings filed 3/14/06**
<u>Ford v. Unum Life Insurance Company of America</u>
**CA 05-118 KAJ**

Dear Ms. Ford:

The Clerk's Office is in receipt of the above referenced papers. The exhibits attached to your motion contained personal information and were placed under seal by the Docket Clerk. Also, please note that Civil Action CA 05-105 KAJ was closed on 3/9/06. All future documents shall be filed in CA 05-118 KAJ.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:   The Honorable Kent A. Jordan
      Walter P. McEvilly, Jr., (via CM/ECF)