IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. )<br>_____ )<br>STEPHANIE LYNN FORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA )<br>)<br>Defendant. ) | Civil Action No. 05-105 (KAJ)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-118 (KAJ) |

### ORDER

WHEREAS on March 1, 2006 the court ordered the captioned matters consolidated (*See* Civil Action 05-105-KAJ, Docket Item ["D.I."] 13), designating Civil Action No. 05-105-KAJ as the lead case;

WHEREAS on March 9, 2006, the court issued its Memorandum Order (D.I. 18), which granted the defendant's motion to dismiss (D.I. 2) filed in Civil Action No. 05-105-KAJ; and

WHEREAS Civil Action No. 05-118-KAJ survives the motion to dismiss filed in Civil Action 05-105-KAJ;

IT IS HEREBY ORDERED that the order consolidating these matters is lifted; and that the plaintiff's Motion to Amend the Complaint (D.I. 19) and Motion of Joinder of Other Parties

Amendment of Pleadings (D.I. 20) bearing Civil Action No. 05-105-KAJ are hereby filed in Civil Action No. 05-118-KAJ. All future pleadings shall be filed in Civil Action No. 05-118-KAJ.

                                                                                UNITED STATES DISTRICT JUDGE

March 16, 2006
Wilmington, Delaware