IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

CIVIL ACTION NO.
05-118(KAJ)

JURY TRAIL

PLAINIFF

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 APR 14 PM 4: 24

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DE. 19720

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1160 0005 0809 0833

| | |
|---|---|
| Postage | $2.55 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.80 |

Postmark APR 12 2006

Sent To: STEVEN & LEE - ATT: MR. WALTER McEvilly
Street, Apt. No.; or PO Box No. 1105 NORTH MARKET ST. 7th FLOOR
City, State, ZIP+4 WILMINGTON - DE, 19801

PS Form 3800, June 2002

---

MANOR BRANCH
NEW CASTLE, Delaware
197209996
3379300721-0097
04/12/2006   (302)328-5893   01:44:21 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WILMINGTON DE 19801 First-Class 9.40 oz. | | | $2.55 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70051160000508090833 | | | |
| Issue PVI: | | | $6.80 |
| Total: | | | $6.80 |
| Paid by: Cash | | | $7.00 |
| Change Due: | | | -$0.20 |

Bill#: 1000301866504
Clerk: 08

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy



19 Albany Ave.
New Castle, DE. 19720

Steven & Lee
Mr. Walter P. McEvilly, Jr.
Unum Life Insurance
Company of America
1105 North Market Street, 7th
Wilmington, Delaware 19801

CIVIL ACTION NO
05-118 (KAJ)
JURY TRAIL

I STEPHANIE FORD HAVE SENT THE AMENDED COMPLAINT TO DEFENDANT ON 4/12/06.

*Stephanie L. Ford*