IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

CIVIL ACTION NO.
05-118-(KAJ)

JURY TRAIL

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

DEFENDANT.

RETURN RECEIPT

STEPHANIE L. FORD
19 ALBANY AVE.
NEWCASTLE, DE.
19720

*Stephanie L. Ford*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEVEN & LEE
MR. WALTER P. MCEVILLY JR.
UNUM LIFE INSURACE
COMPANY OF AMERICA
1105 NORTH MARKET
STREET 7th FLOOR
WILMINGTON, DE. 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from s...)   7005 1160 0005 0809 0833

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540