IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-118-KAJ |
| | : |
| UNUM LIFE INSURANCE COMPANY | : |
| OF AMERICA, | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington this **25th** day of **April, 2006**.

IT IS ORDERED that:

1. The mediation has been scheduled for **Thursday, May 4, 2006 beginning at 9:00 a.m.**

2. In-person attendance of plaintiff, Stephanie Ford, and non-local counsel for defendant, Unum Life Insurance, is required. The representative on behalf of Unum Life Insurance Company may participate by telephone, but must be available throughout the mediation process.

3. **Any request to bring electronic equipment, for example, cell phones, blackberries or laptop computers, for use ONLY during the mediation conference, shall be made in writing under separate cover and must accompany the mediation statements, and shall include the name(s) of the individuals and the equipment requested to be authorized. The electronic equipment must be an**

**integral part of the mediation process and not just for convenience.**

4.      Those participating in the mediation conference shall be available and accessible throughout the process.  The Court expects the parties' full and good faith cooperation with the mediation process.

**5.      The mediation discussions, including any resolution or settlement, shall remain confidential, shall not be used in the present litigation, nor any other litigation presently pending or filed in the future, and shall not be construed as nor constitute an admission.  Breach of this provision shall subject the violator to sanctions.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE