# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:    (302) 425-3300
Email:   wpm@stevenslee.com
Direct Fax:    (610) 371-7949

April 25, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, Delaware 19801

Re: *Ford v. UNUM Life Insurance Company of America*
    Civil Action No. 05-00118 (KAJ
    Plaintiff's Motion of Joinder of Other Parties – Amendment of Pleadings

Dear Judge Jordan:

In response to the inquiry from Your Honor's assist, defendant, UNUM Life, takes no position on Ms. Ford's Motion and will not submit a Brief in response..

Respectfully submitted,

STEVENS & LEE

Walter P. McEvilly, Jr.

WPM:emvl
cc:   Clerk of the Court
      Ms. Stephanie Ford

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster  •  Scranton
Williamsport  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington
A PROFESSIONAL CORPORATION

SL1 629950v1/010305.00190

# STEVENS & LEE
### LAWYERS & CONSULTANTS

The Honorable Kent A. Jordan
April 25, 2006
Page 2


bcc:   Kirk L. Wolgemuth, Esquire

SL1 629950v1/010305.00190