# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:   (302) 425-3300
Email:   wpm@stevenslee.com
Direct Fax:   (610) 371-7949

April 26, 2006

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
Room 6325, Lockbox 10
844 North King Street
Wilmington, DE  19801

Re:   *Ford v. UNUM Life Insurance Company of America*
      Civil Action Nos. 05-105 and 05-118

Dear Judge Jordan:

    Pursuant to your Scheduling Order, the following is a Status Report regarding the matters in this case and discovery.  The Plaintiff has filed a Motion To Amend The Pleadings to add additional Defendants, including Richard Burton, Clara Clark and Christiana Care Health Systems.  It is believed that the Plaintiff has not filed a Brief In Support of her Motion To Amend The Pleadings to include these additional parties.

    In terms of discovery, no discovery has been initiated by either party to this proceeding.  It is UNUM's belief that a settlement conference has been or will be scheduled before Magistrate Judge Thynge on May 4, 2006 at 9:00 a.m.  UNUM is hopeful that this claim will be settled at this conference.

    If you have any questions regarding any of the above, please do not hesitate to contact me.

Very truly yours,

STEVENS & LEE

Walter P. McEvilly, Jr.

WPM:emvl
cc:   Ms. Stephanie Lynn Ford

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington

A PROFESSIONAL CORPORATION

SL1 629598v1/010305.00190