IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-118 (KAJ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 8th day of May, 2006,

For the reasons set forth by the Court during the teleconference held on May 5, 2006,

IT IS HEREBY ORDERED that plaintiff's motion to amend the complaint (D.I. 19-20) is DENIED;

IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (D.I. 11) is DENIED.

_____
UNTIED STATES DISTRICT JUDGE