# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE**

**LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801**

May 11, 2006

Ms. Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE   19720

> Re:    Stephanie Lynn Ford v. UNUM Life Insurance Company
>         Civil Action No. 05-118-KAJ

Dear Ms. Ford

Enclosed for your records is a copy of the May 5, 2006 teleconference transcript.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court
        Walter P. McEvilly, Jr., Esq.