IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

DEFENDANT

CIVIL ACTION NO.
05-118 (KAJ)
JURY TRAIL

CERTIFIED MAIL RECEIPT



Stephanie L. Ford
19 ALBANY AVE
NEWCASTLE DE.
19720