IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE L. FORD

    PLAINTIFF,

CIVIL ACTION NO. 05-118 (KAJ)

V.

CERTIFIED MAIL RECEIPT

UNUM LIFE
INSURANCE
COMPANY
OF AMERICA

    DEFENDANT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEVEN & LEE
MR. WALTER P. McEVILLY JR.
1105 NORTH MARKET ST.
7th FLOOR
WILMINGTON, DE. 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5/19/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0004 3752 1117

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Stephanie L. Ford
19 Albany Ave
New Castle, De 19720