## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,                           :        CIVIL ACTION No. 05-CV-118
                                                       :
                   Plaintiff,                   :
                                                       :
              v.                               :
                                                       :
UNUM LIFE INSURANCE COMPANY OF    :
AMERICA,                                               :
                                                       :
                Defendant.                   :

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant moves for summary judgment on Plaintiff's Complaint. Defendant is entitled to summary judgment because Plaintiff has no claim for discrimination against Unum under Title VII, 42 U.S.C. § 2000e et seq., because Unum did not employ Plaintiff and Plaintiff has no claims against Unum under 42 U.S.C. § 1981, and because Unum did not act under the color of state law. If the Court deems Plaintiff's complaint a claim for benefits under ERISA, Unum is entitled to summary judgment because the denial of Plaintiff's claim for long-term disability benefits was neither arbitrary nor capricious.

SL1 636805v2/010305.00190

WHEREFORE, for the reasons set forth above and in the brief in support, which is incorporated herein in its entirety, Defendant respectfully requests the court to grant its motion for summary judgment.

Dated:  June 14, 2006

STEVENS & LEE

By: _____
    Walter P. McEvilly, Jr.
    Attorney I.D. 0660
    Kirk L. Wolgemuth
    Attorney Pa. I.D. 45792
    1105 North Market Street
    Suite 700
    Wilmington, DE  19801
    (302) 425-3300

Attorneys for Defendant
Unum Life Insurance Company of America

SL1 636805v2/010305.00190