IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-118 (KAJ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| Defendant. | ) |

**ORDER SETTING DEADLINE FOR
PLAINTIFF TO FILE ANSWERING BRIEF**

On June 16, 2006, defendant Unum Life Insurance Company of America filed a Motion for Summary Judgment (Docket Item 36). Plaintiff's answering brief was due to be filed on or before June 30, 2006. To date, plaintiff has failed to file an answering brief. For these reasons,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief to defendant's motion for summary Judgment on or before Thursday, November 16, 2006, or this case will be dismissed.

UNITED STATES DISTRICT JUDGE

November 1, 2006
Wilmington, Delaware