IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

STEPHANIE LYNN FORD            CIVIL ACTION NO.
                               05-CV 118 (KAJ)
           PLAINTIFF,

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

           DEFENDANT.

RESPONSE TO PROPOSED FINAL PRETRAIL ORDER

I THE PLAINIFF, STEPHANIE LYNN FORD IS IN DISAGREEMENT WITH THE DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S PROPOSED FINAL PRETRAIL ORDER →

1.

CONT:

-FOR THE LISTED REASONS AS FOLLOWED.

1. I THE PLAINTIFF, STEPHANIE LYNN FORD APPLIED FOR LONG TERM DISABILITY BENEFITS WITH THE DEFENDANT, UNUM LIFE INSURANCE COMPANY OF AMERICA ON FEBRUARY 24, 2004 OR BEFORE THIS DATE. HOWEVER, THE DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA INTENTIONALLY WITH HELD MY LONG TERM DISABILITY BENEFITS, WELL AFTER I WAS CLEAR TO RETURN BACK TO WORK ON APRIL 13, 2004. TECHNICALLY, TO BE PERFECTLY HONEST, UNTIL I THE PLAINTIFF, STEPHANIE LYNN FORD →

2.

CONT:

- FILED THIS CIVIL ACTION IN UNITED STATES DISTRICT COURT.

I HAVE NO OTHER REASON TO BELIEVE THAT I WAS NOT DISCRIMINATED AGAINST, YES, I DO BELIEVE I WAS DISCRIMINATED AGAINST BY THE DEFENDANT, UNUM LIFE INSURANCE COMPANY OF AMERICA.

2. I THE PLAINTIFF STEPHANIE LYNN FORD CONTINUES TO BE IN PAIN DUE TO THE OCTOBER 27, 2003 AUTOMOBILE ACCIDENT.

3. EVEN AFTER, I THE PLAINTIFF STEPHANIE LYNN FORD APPEALED UNUM LIFE INSURANCE OF AMERICA

3.

CONT.

DECISION TO GRANT THE LONG TERM DISABILITY BENEFITS.

I THE PLAINTIFF WAS NOT GRANTED MY BENEFITS NOR A JOB POSITION AT CHRISTIANA CARE HEALTH SYSTEMS.

Sincerely,

Stephanie L. Ford
19 Albany Ave
New Castle De
19720

4

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS NOVEMBER 2, 2006 UPON THE FOLLOWING IN THE MANNER INDICATE

U.S. CERTIFIED MAIL

STEVENS & LEE
LAWYER & CONSULTANTS
MR. WALTER MC EVILLY
1105 NORTH MARKET STREET 7th FLOOR
WILMINGTON, DELAWARE 19801