IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD            CIVIL ACTION NO.
                                           05-CV118 (KAJ)
        PLAINTIFF,

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

        DEFENDANT.

MOTION REQUEST TO APPOINT COUNCEL

I THE PLAINTIFF, STEPHANIE LYNN FORD AM REQUESTING THIS HONORABLE COURT TO APPOINT ME COUNSEL (LEGAL) DUE TO THE LIST AS FOLLOWED.

1.

1. I AM NOT COMPREHENDING THE LEGAL TERMINOLOGY THAT'S BEING PRESENTED TO ME BY THE DEFENDANTS

2. I AM NOT FINANCIALLY ABLE TO AFFORD AN ATTORNEY.

3. TO ASSIST ME, TO BETTER UNDERSTAND THE LAWS THAT APPLYS TO THIS CASE.

SINCERELY,

Stephanie L. Ford
19 Albany Ave
New Castle, De 19720
November 2, 2006

2.

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS NOVEMBER 2, 2006 UPON THE FOLLOWING IN THE MANNER INDICATE

U.S. CERTIFIED MAIL

STEVENS & LEE
LAWYER & CONSULTANTS
MR. WALTER MCEVILLY
1105 NORTH MARKET STREET 7th FLOOR
WILMINGTON, DELAWARE 19801