IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF

CIVIL ACTION NO.
05-CV-118(KAJ)

V.

UNUM LIFE INSURANCE Company
Of AMERICA            Defendant

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV -6  PM 12:30

CERTIFIED   MAIL RECEIPT
(DI-39)
FOR RESPOND TO SUMMARY JUDGEMENT-PRETRAIL ORDER

Stephanie L. Ford
19 ALBany Ave
New Castle, De
19720



```
                    MANOR BRANCH
                NEW CASTLE, Delaware
                    197209996
                 3379300721 -0097
11/06/2006      (302)328-5893    09:33:19 AM
```

```
                  Sales Receipt
Product              Sale  Unit        Final
Description          Qty   Price       Price

PHILADELPHIA PA 19103                 $0.63
First-Class
 1.30 oz.
  Return Rcpt (Green Card)            $1.85
  Certified                           $2.40
  Label #:      70051820000228201866
                                     ========
  Issue PVI:                          $4.88

WILMINGTON DE 19801                   $0.63
First-Class
 1.60 oz.
  Return Rcpt (Green Card)            $1.85
  Certified                           $2.40
  Label #:      70051820000228201828
                                     ========
  Issue PVI:                          $4.88


Total:                                $9.76

Paid by:
Cash                                 $10.00
Change Due:                          -$0.24


Bill#: 1000302045496
Clerk: 08

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
           Thank you for your business.
                 Customer Copy
```

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES
THAT COPIES OF THE FOREGOING
WERE CAUSED TO BE SERVED
THIS NOVEMBER 6, 2006 UPON THE
FOLLOWING IN THE MANNER INDICATED

MAIL BY U.S. POSTAL SERVICE
REGULAR MAIL

STEVENS & LEE
LAWYER & CONSULTANTS
MR. WALTER MCEVILLY
1105 NORTH MARKET STREET 7th FLOOR
WILMINGTON, DELAWARE 19801