IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

CIVIL ACTION NO.
06-301 (KAJ)

V.

CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON, and CLARA CLARK

    Defendants



2006 NOV -6 PM 12:31
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED MAIL RECEIPT
(DI-40)
FOR APPOINT OF COUNCEL AND JURY TRAIL MOTION

Stephanie L. Ford
19 ALBerry Ave
New Castle, De 19720

```
              MANOR BRANCH
           NEW CASTLE, Delaware
               197209996
             3379300721 -0097
11/06/2006    (302)328-5893      09:33:19 AM

─────────── Sales Receipt ───────────
Product           Sale   Unit        Final
Description       Qty    Price       Price

PHILADELPHIA PA 19103                $0.63
First-Class
1.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70051820000228201866
                                   ========
Issue PVI:                           $4.88

WILMINGTON DE 19801                  $0.63
First-Class
1.60 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70051820000228201828
                                   ========
Issue PVI:                           $4.88
                                   ========
Total:                               $9.76

Paid by:
Cash                                $10.00
Change Due:                         -$0.24


Bill#: 1000302045496
Clerk: 08

     All sales final on stamps and postage.
       Refunds for guaranteed services only.
          Thank you for your business.
                Customer Copy
```



CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS NOVEMBER 6, 2006 UPON THE FOLLOWING IN THE MANNER INDICATED

MAIL BY U.S. POSTAL SERVICE REGULAR MAIL

KENDRA L. BAISINGER, ESQ
MORGAN, LEWIS, & BOCKIUS LLP.
1701 MARKET STREET
PHILADELPHIA, PA 19103