**CERTIFICATE OF SERVICE**

I, WALTER P. McEVILLY, JR., ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Proposed Final Pretrial Order upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Ms. Stephanie Ford
>19 Albany Avenue
>New Castle, Delaware 19720

>*/s/ Walter P. McEvilly, Jr.*
>Walter P. McEvilly, Jr.
>(Bar ID No. 660)

Date: November 6, 2006