# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:     (302) 425-3300
Email:   wpm@stevenslee.com
Direct Fax:    (610) 371-7949

November 6, 2006

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
Room 6325
Lock Box 10
844 North King Street
Wilmington, DE 19801

Re:  Ford v. UNUM Life Insurance Company of America
     Civil Action No. 05-CV-118

Dear Judge Jordan:

    We have prepared and filed the proposed final pre-trial order with the Court. A draft of the proposed pre-trial order was sent to Ms. Ford on October 31, 2006 and we requested any changes or additions to the proposed pre-trial order. Ms. Ford has not responded as of this date. Accordingly, the proposed pre-trial order does not have plaintiff's additions in the order. Thank you for your attention to this matter.

Very truly yours,

STEVENS & LEE

Walter P. McEvilly, Jr.

WPM:iez
cc: Ms. Stephanie Ford

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 678892v1/000000.00000