IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

CIVIL ACTION NO.
05-CV-118 (KAJ)

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    DEFENDANT

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV 20 AM 11: 44

CERTIFIED MAIL RETURN RECEIPT FOR PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNCEL.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X DLA    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>Stephani Fost |
| 1. Article Addressed to:<br><br>STEVENS & LEE<br>LAWYERS & CONSULTANTS<br>MR. WALTER MCEVILLY<br>1105 NORTH MARKET STREET<br>7th FLOOR<br>WILMINGTON, DE. 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from s...)    7005 1820 0002 2820 1828 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

Stephanie L. FORD
19 ALBANY AVE.
NEW CASTLE, DE. 19720
11/20/06

Stephanie L. Ford

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

NOVEMBER 20, 2006 , UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720