# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

TEPHANIE LYNN FORD

PLAINTIFF,

CIVIL ACTION NO.
05-CV-118 (KAJ)

V.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

DEFENDANT.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV 20 AM 11:44

## CERTIFIED MAIL RECEIPT

FOR PLAINTIFF'S RESPONSE TO SUMMARY JUDMENT

NEWPORT BRANCH
WILMINGTON, Delaware
198049998
3379300504 -0097
11/16/2006 (000)000-0000 01:29:48 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WILMINGTON DE 19801 | | | $0.87 |
| First-Class | | | |
| 2.60 oz. | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70062760000529702647 | | | |
| | | | ======== |
| Issue PVI: | | | $5.12 |
| Total: | | | $5.12 |
| Paid by: | | | |
| Cash | | | $5.25 |
| Change Due: | | | -$0.13 |

Bill#: 1000301900766
Clerk: 08

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

7006 2760 0005 2970 2647

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.87 | 0504 |
| Certified Fee | $2.40 | |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.12 | 11/16/2006 |

USPS 19804 NOV 16 2006 WILMINGTON DE

Sent To STEVEN $LEE-WALTER MCEVILLY
Street, Apt. No.; or PO Box No. 1105 NORTH MARKET ST. 7th FLOOR
City, State, ZIP+4 WILMINGTON, DE. 19801

PS Form 3800, August 2006 See Reverse for Instructions

Stephanie L. FORD
19 ALBANY AVE.
NEWCASTLE, DE. 19720
11/20/06
Stephanie L. Ford

# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

NOVEMBER 20, 2006 , UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720