IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : CIVIL ACTION No. 05-CV-118 |
| Plaintiff, | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS ____ DAY OF _____, 2006, UPON CONSIDERATION OF PLAINTIFF'S AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND BRIEFS IN SUPPORT, AND RESPONSE THERETO, IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION IS DENIED, DEFENDANT'S MOTION IS GRANTED AND PLAINTIFF'S COMPLAINT IS DISMISSED WITH PREJUDICE.

BY THE COURT:

_____ J.

SL1 636805v3/010305.00190