## CERTIFICATE OF SERVICE

I, WALTER P. McEVILLY, JR., ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing Motion for Summary Judgment and Opening Brief In Support upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Stephanie L. Ford
>19 Albany Avenue
>New Castle, Delaware 19720

Dated: November 21, 2006

_____
Walter P. McEvilly, Jr.

SL1 636805v3/010305.00190