IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

CIVIL ACTION NO.
05-CV-118 (KAJ)

PLAINTIFF

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

DEFENDANT

CERTIFIED RECEIPT MAIL
FOR RESPONSE TO SUMMARY JUDGMENT

November 29, 2006
FROM: Stephanie L. Ford
Stephanie L. Ford
19 Albany Ave
New Castle, De
19720



FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Marshall_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 20 2006 |
| 1. Article Addressed to:<br><br>Steven & LEE<br>WALTER MCEVILLY Jr.<br>1105 NORTH MARKET ST,<br>7th FLOOR<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

NOVEMBER 29, 2006 , UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720