IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-118 (KAJ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 30th day of November, 2006,

IT IS HEREBY ORDERED that the pretrial conference scheduled for December 5, 2006 at 4:30 p.m. is hereby rescheduled to **December 7, 2006 at 10:00 a.m.**, in courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE