IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,      )
     )
     Plaintiff,      )
     )
     v.      )   C.A. No. 05-118 (KAJ)
     )
UNUM LIFE INSURANCE COMPANY      )
OF AMERICA      )
     )
     Defendant.      )

## ORDER

For the reasons set forth in the Memorandum Opinion issued today in this

matter,

IT IS HEREBY ORDERED that Defendant's Motion for Partial Summary

Judgment (D.I. 36) is GRANTED, and Plaintiff's Motion for Summary Judgment (D.I. 45)

is DENIED.

It is further ORDERED that all of Ms. Ford's remaining claims, except her claim

relating to the $75,000 life insurance policy, are DISMISSED.

It is further ORDERED that if Ms. Ford decides to submit briefing and evidence

to support her life insurance policy claim, she has thirty days to do so.

It is further ORDERED that Unum will have ten days from the date of Ms. Ford's

submission, or, if Ms. Ford makes no submission, forty days from today, to move for

summary judgment on the life insurance policy claim.

UNITED STATES DISTRICT JUDGE

December 6, 2006
Wilmington, Delaware