IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-118 (KAJ) |
| V. | ) |
| | ) JURY TRAIL |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| Defendant. | ) |
| | ) |

FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S MOTION TO COMPEL AGAINST THE DEFENDANT FOR FAILURE TO PRODUCE DOCUMENTS.

I the plaintiff STEPHANIE LYNN FORD filed this motion to compel against the defendant for failing to produce the requested documents.

On May 16, 2006 at 8:33am, I the plaintiff requested Document # 1 $75,000 Dollar Life Insurance Policy. I the plaintiff have never received the Policy from Unum and I would like to obtain the Life Insurance Policy from the defendant. To be able to answer the Memorandum Opinion Order dated December 6, 2006 time 2:01pm. I asked this Honorable Court to apply the Law to the defendant actions for refusing to produce the Life Insurance Policy.

In Document #2, I asked the defendant to produce the Long Term Disability Insurance Benefits Contract. The numerous pages of paperwork that I have received from the defendant is not the Long term disability contract. I the plaintiff would like the contract, and I would like to know what happen to the money that I paid into the coverage. I asked this Honorable Court to apply the Law to the defendant action for refusing to providing me with the Long Term Disability Insurance Benefits Contract.

In Document #3, I asked the defendant to provide In letter form, the date of termination of my $75,000 Dollar Life Insurance Policy, the persons or person who authorized the termination of my Life Insurance Policy, and the reason why my Life Insurance Policy was terminated. I want to inform the court that I have never received this Document from Unum.

I am asking the court to apply the Law to Unum Life Insurance Company Of America's action for refusing provide me with the Life Insurance Policy Termination Document.

In Document # 4, I the plaintiff asked the defendant to provide me with In letter form, the date of termination of my Long Term Disability Insurance Benefits, the persons or person who authorized the termination of my Long Term Disability Insurance Benefits, and the reason why my Long Disability Insurance Benefits was terminated. I asked this Honorable Court to apply the Law to the defendant for refusing to provide me with this document.

1

I the plaintiff, Stephanie Lynn Ford asked this Honorable Court to grant the Motion To Compel For Production Of Documents.

Sincerely,

*Stephanie L. Ford*

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720
DECEMBER13, 2006

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

December 13, 2006 , UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720