# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-118 (KAJ) |
| v. | ) | JURY TRAIL |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) | |
| Defendant | | |

TITLE 18 SECTION 2301 TO 2318,
SECTION 502, ERISA,

REQUEST TO PRODUCE DOCUMENTS

1 THE PLAINTIFF, STEPHANIE LYNN FORD, PRO-SE, HEREBY RESPECTFULLY AM REQUESTING THIS HONORABLE COURT, TO GRANT THE PLAINTIFF'S REQUEST TO OBTAIN THE FOLLOWING LISTED DOCUMENTS FROM THE DEFENDANT, UNUM LIFE INSURANCE COMPANY OF AMERICA.

1. Plaintiff, STEPHANIE LYNN FORD, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA / STEVEN & LEE / MR. WALTER P. McEVILLY Jr. resides or its business is located at 1105 North Market Street 7th Floor Wilmington, Delaware 19801.

DOCUMENT #1. $75,000 DOLLAR LIFE INSURANCE POLICY.

DOCUMENT #2. LONG TERM DISABILITY INSURANCE BENEFITS CONTRACT.

DOCUMENT #3. IN LETTER FORM, THE DATE OF TERMINATION OF MY $75,000 DOLLAR LIFE INSURANCE POLICY, THE PERSONS OR PERSON WHO AUTHORIZED THE TERMINATION OF MY LIFE INSURANCE POLICY, AND THE REASON WHY MY LIFE INSURANCE POLICY WAS TERMINATED.

DOCUMENT #4. IN LETTER FORM, THE DATE OF TERMINATION OF MY LONG TERM DISABILITY INSURANCE BENEFITS, THE PERSONS OR PERSON WHO AUTHORIZED THE TERMINATION OF MY LONG TERM DISABILITY INSURANCE BENEFITS, AND THE REASON WHY MY LONG TERM

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

16TH DAY OF MAY 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFIED MAIL

STEVEN & LEE

MR. WALTER P. McEVILLY Jr.

1105 NORTH MARKET STREET 7TH FLOOR

WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720