## CERTIFICATE OF SERVICE

I Walter P. McEvilly, Jr., Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Opening Brief in Opposition to Plaintiff's Motion to Compel Production of Documents upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Stephanie L. Ford
19 Albany Avenue
New Castle, Delaware 19720

_____
Walter P. McEvilly, Jr.

Date: December 15, 2006