IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION No. 05-CV-118 |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS

### I.  STATEMENT OF THE NATURE AND STAGE OF PROCEEDINGS

This Court in its Order dated December 6, 2006 granted Unum Life Insurance Company of America's ("Unum") Motion for Summary Judgment with respect to all claims except Plaintiff's claim for the alleged loss of life insurance benefits. This Court ordered that Plaintiff file any supporting documentation to support her claim by January 5, 2007 and that Defendant should file its Motion for Summary Judgment on this issue by January 15, 2007.

On December 19, 2006, Plaintiff filed her Second Motion to Compel Production of Documents. Plaintiff moves a second time to compel production of documents because of the alleged failure of Unum to answer previous requests for production of documents served on or about May 16, 2006. Because Unum responded to Plaintiff's request for production of documents on June 27, 2006, and on December 19, 2006, Plaintiff's motion should be denied.

### II. SUMMARY OF ARGUMENT

Plaintiff's Second Motion to Compel Production of Documents should be denied because Unum previously responded to Plaintiff's request for documents on June 27, 2006 and on December 19, 2006.

1

## III. ARGUMENT

Plaintiff has filed the within Second Motion to Compel Production of Documents because of the alleged failure of Unum to respond to her previous discovery requests. Attached as Exhibit A is Plaintiff's Request for Production of Documents that was served on or about May 16, 2006. Attached as Exhibit B is Defendant's Response to Plaintiff's Request for Production of Documents which was served on or about June 27, 2006. Because Unum previously responded to these documents and is again serving a copy of its response as an exhibit to this document, Plaintiff's motion should be denied.

## IV. CONCLUSION

Because Unum previously responded to Plaintiff's Request for Production of Documents, Plaintiff's motion must be denied.

STEVENS & LEE

*Susan M. Gordon* DE BAR ID 3634/for
Walter P. McEvilly, Jr.
Delaware ID No. 0660
Kirk L. Wolgemuth
Pennsylvania ID No. 45792
1105 North Market Street
Wilmington, Delaware 19801
302-425-3300

Attorneys for Defendant
Unum Life Insurance Company of America