## CERTIFICATE OF SERVICE

I Walter P. McEvilly, Jr., Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Answering Brief in Opposition to Plaintiff's Second Motion to Compel Production of Documents upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Stephanie L. Ford
19 Albany Avenue
New Castle, Delaware 19720

*Susan M. Gordon DE 3634 /for*
Walter P. McEvilly, Jr.

Date: December 29, 2006

3

12/29/06/SL1 687890v1/010305.00190