IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

    DEFENDANT

CIVIL ACTION
NO. 05-CV-118

(***)

CERTIFIED MAIL RECEIPT

```
            LANCASTER AVENUE STATION
               WILMINGTON, Delaware
                    198059998
                 3379300505 -0095
12/19/2006        (302)654-D725         12:31:55 PM

                  Sales Receipt
Product          Sale    Unit           Final
Description      Qty     Price          Price

WILMINGTON DE 19801                     $1.11
First-Class
3.40 oz.
Return Rcpt (Green Card)                $1.85
Certified                               $2.40
Label #:       70041350000472532089
                                        ========
Issue PVI:                              $5.36


Total:                                  $5.36

Paid by:
Cash                                   $10.00
Change Due:                             -$4.64

Bill#: 1000502161945
Clerk: 99

     All sales final on stamps and postage.
       Refunds for guaranteed services only.
            Thank you for your business.
                   Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 | 0505 |
| Certified Fee | | $2.40 | |
| Return Reciept Fee (Endorsement Required) | | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.36 | 12/ |

Sent To: STEVEN B LEE/WALTER P. MCEVILLY JR
Street, Apt. No.; or PO Box No. 1105 NORTH MARKET STREET
City, State, ZIP+4 7TH FLOOR, WILMINGTON, DE.19801

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0004 7253 2089

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEVEN B LEE
WALTER P. MCEVILLY JR
1105 NORTH MARKET ST.
7TH FLOOR
WILMINGTON, DE.
19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 12/2

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)   7004 1350 0004 7253 2089

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

January 4, 2007, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFEID MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720