IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : CIVIL ACTION No. 05-CV-118 |
| Plaintiff, | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## UNUM LIFE INSURANCE COMPANY OF AMERICA'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Unum Life Insurance Company of America ("Unum") moves for summary judgment on Plaintiff's Complaint. Unum is entitled to summary judgment in its favor because the Plaintiff's claim for life insurance benefits is preempted by ERISA and Plaintiff lost coverage because her employment was terminated and she failed to apply for conversion or portable coverage.

WHEREFORE, for the reasons set forth above and in the Brief in Support, which is incorporated herein in its entirety, Unum respectfully requests the Court to grant its motion for summary judgment.

Dated: January 12, 2007

STEVENS & LEE

By: /s/ Walter P. McEvilly, Jr.
Walter P. McEvilly, Jr.
Attorney I.D. No. 660
Kirk L. Wolgemuth
Attorney Pa. I.D. 45792
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
(302) 425-3300

Attorneys for Defendant
Unum Life Insurance Company of America

SL1 693618v1/010305.00190