IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : CIVIL ACTION No. 05-CV-118 |
| Plaintiff, | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS ____ DAY OF _____, 2007, UPON CONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT, AND PLAINTIFF'S RESPONSE THERETO, IT IS HEREBY ORDERED THAT DEFENDANT'S MOTION IS GRANTED AND PLAINTIFF'S COMPLAINT IS DISMISSED WITH PREJUDICE.

BY THE COURT:

_____