IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br>　　　　　Plaintiff | : CIVIL ACTION<br>:<br>: |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF<br>AMERICA<br>　　　　　Defendant | :<br>:<br>: No. 05-CV-118<br>:<br>: |

## AFFIDAVIT

I, Kieran Shields, being first duly sworn, depose and state as follows:

1. This affidavit is based on my personal knowledge and is submitted in support of Defendant's Motion for Summary Judgment in the above-referenced case.

2. I have been employed by UnumProvident Corporation for six years. I am currently a Manager in the Group Life Benefits Services Department.

3. In this capacity, I am familiar with the handling and processing of claims for life insurance benefits administered by Unum Life Insurance Company of America ("Unum"), under policies such as the Christiana Care Health System, Inc. life insurance plan (the "Plan"). A true and correct copy of the Plan effective January 1, 2003 is attached as Exhibit 1.

4. I have contacted Unum's portability unit and Unum has no record establishing that Ms. Stephanie Ford applied for conversion or portable life insurance coverage.

1

SL1 688505v1/010305.00190

5. The records identified in this affidavit are records prepared and/or maintained by Unum in the regular course of its business.

_____

Sworn to and subscribed
before me this 11th day
of January, 2007.

_____
Notary Public