IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD      CIVIL ACTION NO.
                                            05-CV-118
        PLAINTIFF,                     (***)
                                          JURY TRAIL
V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

         DEFENDANT

CERTIFIED MAIL RECEIPT
RETUN RECEIPT

(1)


4 pages

```
          LANCASTER AVENUE STATION
              WILMINGTON, Delaware
                  198059998
               3379300505 -0095
01/05/2007    (302)654-0725    11:48:14 AM

                 Sales Receipt
Product          Sale   Unit      Final
Description      Qty    Price     Price

WILMINGTON DE 19801                $1.11
First-Class
3.80 oz.
Return Rcpt (Green Card)           $1.85
Certified                          $2.40
Label #:      70062150000332210970
                              ==========
Issue PVI:                         $5.36


Total:                             $5.36

Paid by:
Cash                              $10.00
Change Due:                       -$4.64


Bill#: 1000502169336
Clerk: 99

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.
                  Customer Copy
```





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Macdonald_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>STEVEN B LEE<br>WALTER P. MCEVILLY JR.<br>1105 NORTH MARKET STREET 7TH FLOOR<br>WILMINGTON, DE 1980| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0003 3221 0970 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

③

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

January 16, 2007, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL
STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

*Stephanie L. Ford*

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720

(4)