# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-118-*** |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 21, 2007 at 9:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE