IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff; | ) | Civil Action No. 05-118 (***) |
| | ) | |
| | ) | JURY TRIAL |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's Interrogatory Motion Against The Defendant, Unum Life Insurance Company Of America.

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720.

2. Defendant, Unum Life Insurance Company Of America , resides or its business is located at 1105 North Market Street 7th Floor, Wilmington, Delaware 19801, / ATTORNEYS FOR THE DEFENDANT, STEVEN & LEE / MR. WALTER P. McEVILLY JR. .

INTERROGATORIES

3. I the Plaintiff, Stephanie Lynn Ford have already filed 2 Motion To Compel against the defendant to obtain these documents.

4. Why was the Plaintiff's $75,000 Life Insurance Policy Terminated? Please forward me a copy of the original copy of the Life Insurance Policy to answer this interrogatory.

5. Who terminated the Plaintiff's $ 75,000 Life Insurance Policy? Please provide me with the names and date the Life Insurance Policy was terminated, by forwarding me a copy of the original copy to answer this interrogatory.

6. What cause the defendant to cancel the Life Insurance Policy ? Please forward me a copy of the original copy that the defendant based there decision upon.

7. Why was the Plaintiff's Long-Term Disability Insurance Denied? Please forward me a copy of the



original copy denial decision to answer this interrogatory.

8. Who is the person or persons that terminated the Long-Term Disability Insurance Benefits? Please forward me a copy of the names and date the Disability Benefits was terminated from the original copy, to answer this interrogatory.

9. Why was the Plaintiff's Long-Term Disability Benefits Terminated? Please provide me with a copy of the original copy as to how the defendant base there decision upon terminating the benefits.

10. Why was the Plaintiff's Personal Accident Insurance Terminated ? Please forward me a copy of the original copy, the conclusion as to why the Personal Accident Insurance was terminated.

11. Who is the person or persons that terminated the Personal Accident Insurance? Please provide me with names and date the Personal Accident Insurance was terminated, by forwarding me a copy of the original copy to answer this interrogatory.

12. I the Plaintiff, Stephanie L. Ford have enclosed copies of the Life Insurance Policy , that I received from Unum . Please forward me a copy of the original Life Insurance Policy.

I the Plaintiff, Stephanie Lynn Ford ask this Honorable Court to Grant the Plaintiff's Complaint.

Sincerely,

*Stephanie L. Ford*

Stephanie L. Ford 3-13-07





# LIFE INSURANCE PROGRAM

**FULL TIME EMPLOYEES**

Human Resources:  Benefits/Records Office
(302) 428-5794

D0107

# BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

This life insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death. The amount your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death according to the terms and provisions of the plan.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:** January 1, 1999

**PLAN YEAR:**

January 1, 1999 to January 1, 2000 and each following January 1 to January 1

**IDENTIFICATION NUMBER:** 530503 011

**ELIGIBLE GROUP(S):**

All full-time employees in active employment

**MINIMUM HOURS REQUIREMENT:**

Employees must be working at least 80 hours per two week pay period.

**WAITING PERIOD:**

For employees in an eligible group on or before January 1, 1999: First of the month following 90 days of continuous active employment

For employees entering an eligible group after January 1, 1999: First of the month following 90 days of continuous active employment

**REHIRE:**

If your employment ends and you are rehired within 6 months, your previous work while in an eligible group will apply toward the waiting period. Your coverage will begin on the first of the month following date of rehire. All other Summary of Benefits' provisions apply.

**WHO PAYS FOR THE COVERAGE:**

*Basic Benefit:*

Your Employer pays the cost of your coverage.

*Additional Benefit:*

Your Employer pays for the cost of 1x your annual earnings, you pay the cost of any amount over 1x your annual earnings.

**ELIMINATION PERIOD:**

*All Executives*
Premium Waiver: 90 days

Disability-based benefits begin the day after Unum approves your claim and the elimination period is completed.

All other full-time employee
Premium Waiver: 90 or 180 days depending upon which LTD plan they are enrolled in at the time of disability

Disability-based benefits begin the day after Unum approves your claim and the elimination period is completed.

**LIFE INSURANCE BENEFIT:**

**AMOUNT OF LIFE INSURANCE FOR YOU**

**BASIC BENEFIT**

*Option A*

$7,500

**ADDITIONAL BENEFIT OPTIONS:**

*Option B*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 1.

*Option C*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 2.

*Option D*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 3.

*Option E*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 4.

*Option F*

$50,000 minus $7,500

**AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU BECOME INSURED AT CERTAIN AGES OR HAVE REACHED CERTAIN AGES WHILE INSURED**

If you have reached age 70, but not age 75, your amount of life insurance will be:
- 65% of the amount of life insurance you had prior to age 70; or
- 65% of the amount of life insurance shown above if you become insured on or after age 70 but before age 75.

There will be no further increases in your amount of life insurance.

If you have reached age 75 or more, your amount of life insurance will be:
- 50% of the amount of life insurance you had prior to your first reduction; or
- 50% of the amount of life insurance shown above if you become insured on or after age 75.

There will be no further increases in your amount of life insurance.

**EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR INSURANCE (BASIC AND ADDITIONAL BENEFITS COMBINED) OVER:**

$500,000 or over 4 x annual earnings

OVERALL MAXIMUM BENEFIT OF LIFE INSURANCE FOR YOU (BASIC AND ADDITIONAL BENEFITS COMBINED):

$1,000,000

SOME LOSSES MAY NOT BE COVERED UNDER THIS PLAN.

OTHER FEATURES:

Accelerated Benefit

Conversion

Portability

The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.


**CHRISTIANA CARE**

## BENEFICIARY DESIGNATION
### Life Insurance/Personal Accident Insurance

Employee Name: _Stephanie Ford_ (please print)
Social Security Number: _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_

Naming the beneficiary - it is important that your beneficiary designation be clear so that there will be no question as to your intentions.

## LIFE INSURANCE BENEFICIARY DESIGNATION

Please choose ONE option only:

OPTION 1: ____ PAY TO ESTATE

OR

OPTION 2: ____ PER TRUST AGREEMENT

OR

OPTION 3: Name specific beneficiary(ies) (Please Print)

Name: _Michelle Deputy_
Address: _19 Albany Ave New Castle De 19720_
Percentage:* _1/3_   Relationship**: _niece_   Age: (if minor) _27_

Name: _Keith Ford_
Address: _19 Albany Ave New Castle De 19720_
Percentage:* _1/3_   Relationship**: _nephew_   Age: (if minor) _30_

Name: _Roberta Harden_
Address: _19 Albany Ave New Castle De 19720_
Percentage:* _1/3_   Relationship**: _cousin_   Age: (if minor) _17_

*Total percentage should not equal more than 100.

**RELATIONSHIP CODES:
| SP Spouse | MO Mother | FA Father | SO Son | DA Daughter | BR Brother |
| SI Sister | GF Grandfather | GM Grandmother | GS Grandson | GD Granddaughter | AU Aunt |
| UN Uncle | CO Cousin | OT Other | | | |

_Stephanie L. Ford_                              _12/17/98_
Employee Signature                                Date

(OVER)

(7)

| CHRISTIANA CARE | Beneficiary Designation Form | Page 2 |

## PERSONAL ACCIDENT INSURANCE BENEFICIARY DESIGNATION
Full Time employees only (IF APPLICABLE)

Please choose ONE option only:

OPTION 1: ____✓____ SAME AS LIFE INSURANCE BENEFICIARY

OR:

OPTION 2: Name specific beneficiary(ies)(Please Print)

Name: _____
Address: _____
Percentage:*_____   Relationship**_____   Age:(if minor)_____

Name: _____
Address: _____
Percentage:*_____   Relationship**_____   Age:(if minor)_____

Name: _____
Address: _____
Percentage:*_____   Relationship**_____   Age:(if minor)_____

*Total percentage should not equal more than 100.

**Relationship codes (see other side)

PLEASE COMPLETE AND RETURN TO THE BENEFITS/RECORDS SECTION, HUMAN RESOURCES DEPT., WILMINGTON HOSPITAL.



bene98.doc/8/25/98

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

13, March 2007, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. Certified Mail

STEVEN & LEE
WALTER P. MCEVILLY, JR.
ATTORNEY I.D. 0660
KIRK L. WOLGEMUTH
ATTORNEY PA. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801

*Stephanie Li Ford*
STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720