IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff, | : CIVIL ACTION No. 05-CV-118 |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## DEFENDANT'S ANSWERS TO
## PLAINTIFF'S INTERROGATORIES

Defendant, Unum Life Insurance Company of America ("Unum"), answers Plaintiff's interrogatories as follows:

1. Admitted.

2. Denied.

3. Admitted. In further response thereto, Unum has provided the documents requested.

4. Plaintiff's coverage under the group insurance policy was terminated because she was terminated from her employment. Unum has already provided Plaintiff with a copy of the group policy.

5. Plaintiff did not have an individual life insurance policy with Unum. Plaintiff's group life insurance coverage terminated when her employment was terminated.

6. Unum did not terminate the group life insurance policy. Plaintiff's coverage under the group policy terminated when her employment was terminated.

7. See Unum's Opening Brief In Support Of Summary Judgment.

8. See response to No. 7.

1

9. See response to No. 7.

10. See response to No. 6.

11. See response to No. 6.

12. It is denied that Plaintiff has attached a copy of the group life insurance policy. A complete copy has been previously given to Plaintiff.

                                            STEVENS & LEE

                                            _____
                                            Walter P. McEvilly, Jr.
                                            Delaware ID No. 0660
                                            Kirk L. Wolgemuth
                                            Pennsylvania ID No. 45792
                                            1105 North Market Street
                                            Wilmington, Delaware 19801
                                            302-425-3300

                                            Attorneys for Defendant
                                            Unum Life Insurance Company of America

SL1 716036v1/010305.00190