**CERTIFICATE OF SERVICE**

I Walter P. McEvilly, Jr., Esquire, certify that on this date, I served a certified true and correct copy of the foregoing Defendant's Answers to Plaintiff's Interrogatories upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Stephanie L. Ford
19 Albany Avenue
New Castle, Delaware  19720

_____
Walter P. McEvilly, Jr.

Date: April 13, 2007

SL1 716036v1/010305.00190