IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-118-*** |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington, this 25th day of May, 2007,

For the reasons set forth by the Court during the teleconference held on March 9, 2007,

IT IS HEREBY ORDERED that plaintiff's motions to compel (D.I. 54 & 57) are DENIED.

_____
UNITED STATES MAGISTRATE JUDGE