IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

DEFENDANT

CIVIL ACTION NO.
05-118

FILED
2007 JUN 22 PM 3:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE
RECEIPT FOR INTERROGTORIES

STEPHANIE FORD
19 Albany Ave
New Castle, De 19720

Stephanie Ford

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR. WALTER P. McEVILLY JR.<br>STEVEN & LEE  7th Floor<br>1105 NORTH MARKET ST.<br>WILMINGTON, DELAWARE<br>19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7006 0810 0005 5207 9815 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



```
            LANCASTER AVENUE STATION
              WILMINGTON, Delaware
                   198059998
                 3379300505 -0095
 03/10/2007     (302)654-0725        10:34:02 AM

                  Sales Receipt
 Product          Sale   Unit           Final
 Description      Qty    Price          Price

 PHILADELPHIA PA 19103                  $2.55
 First-Class
 9.40 oz.
 Return Rcpt (Green Card)               $1.85
 Certified                              $2.40
 Label #:        70060810000552078993

 Issue PVI:                             $6.80

 Black           1     $8.49            $8.49
 Heritage
 Book Marks

 Total:                                $15.29

 Paid by:
 Cash                                  $20.00
 Change Due:                            -$4.71

 Order stamps at USPS.com/shop or call
 1-800-Stamp24.  Go to
 USPS.com/clicknship to print shipping
 labels with postage.  For other
 information call 1-800-ASK-USPS.
 Bill#: 1000502214553
 Clerk: 99

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.
                 Customer Copy
```

```
              LANCASTER AVENUE STATION
                 WILMINGTON, Delaware
                      198059998
                    3379300505 -0096
  03/13/2007    (302)654-0725      01:39:03 PM

                   Sales Receipt
  Product           Sale   Unit          Final
  Description       Qty    Price         Price

  Utility            1    $0.99         $0.99
  Mailer
  10.5x16-RP
  Utility            1    $0.99         $0.99
  Mailer
  10.5x16-RP
  WILMINGTON DE 19801                   $1.11
  First-Class
  3.20 oz.
   Return Rcpt (Green Card)             $1.85
   Certified                            $2.40
   Label #:       70060810000552079815
                                     ========
  Issue PVI:                            $5.36

  PHILADELPHIA PA 19103                 $1.11
  First-Class
  4.00 oz.
   Return Rcpt (Green Card)             $1.85
   Certified                            $2.40
   Label #:       70060810000552079808
                                     ========
  Issue PVI:                            $5.36

  Total:                               $12.70

  Paid by:
  Cash                                 $20.00
  Change Due:                          -$7.30

  Order stamps at USPS.com/shop or call
  1-800-Stamp24.  Go to
  USPS.com/clicknship to print shipping
  labels with postage.  For other
  information call 1-800-ASK-USPS.
  Bill#: 1000402993355
  Clerk: 03

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.
                  Customer Copy
```

# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 22, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

Mr. WALTER P. MCEVILLY JR.
STEVEN $ LEE
1105 NORTH MARKET STREET 7th FLOOR
WILMINGTON, DELAWARE 19801