IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

V.

UNUM LIFE INSURANCE Company
OF AMERICA

    DEFENDANT

CIVIL ACTION
NO. 05-118

JURY TRAIL



MOTION FOR EXTENSION OF DISCOVERY
CUT-OFF DEADLINE AND REQUEST
FOR A TELECONFERENCE.



(3 pages)

I STEPHANIE LYNN FORD ASK THIS HONORABLE COURT, FOR AN EXTENSION OF DISCOVERY CUT-OFF DEADLINE AND REQUEST FOR A TELE CONFERENCE. TO OBTAIN THE NECESSARY DOCUMENTS FROM THE DEFENDANTS, UNUM LIFE INSURANCE COMPANY OF AMERICA.

SINCERELY
Stephanie Ford 6/22/07

②

# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 22, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

Mr. WALTER P. MCEVILLY JR.
STEVEN $ LEE
1105 NORTH MARKET STREET 7th FLOOR
WILMINGTON, DELAWARE 19801