IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-301-MPT |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |
| _____ : | |
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-118-MPT |
| : | |
| UNUM LIFE INSURANCE COMPANY OF : | |
| AMERICA, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **25th** day of **June, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, June 29, 2007 at 9:00 a.m.** with Judge Thynge to discuss the plaintiff's motions for extension of discovery cut-off deadline in the above matters. **Walter P. McEvilly, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE