IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

☐ ORIGINAL

STEPHANIE LYNN FORD

    PLAINTIFF,

V.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

    DEFENDANT

CIVIL ACTION
NO. 05-118 (MPT)

JURY TRIAL

RG Sloan

FILED
2007 JUN 27 AM 9:57
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE, AND ATTEMPT TO OBTAIN THE NECESSARY DOCUMENTS FROM UNUM LIFE INSURANCE COMPANY OF AMERICA.

(1)

(7 pages)

I STEPHANIE LYNN FORD HAVE MADE MANY ATTEMPTS TO OBTAIN THE NECESSARY FOLLOWING LISTED DOCUMENTS FROM THE DEFENDANT, UNUM LIFE INSURANCE COMPANY OF AMERICA.

QUESTIONS: JUDGE MARY PAT THYNGE: WHY WAS THE MOTION TO COMPELL DENIED, THAT I HAD RECENTLY FILED WITH THE COURT. WHEN, IN FACT, YOUR HONOR, YOU SPECIFICALLY INSTRUCTED ME PER OUR LAST PHONE CONVERSATION, THAT I HAD 3 DAYS TO REFILE THE MOTION TO COMPELL INTO THE COURT, (WHICH I DID FILED THE MOTION TO COMPELL WITH THE COURT NUMEROUS TIMES)

(2) →

ALONG WITH YOU DEFINING WHAT A MOTION TO COMPELL CONSIST OF.

I ASK THIS HONORABLE COURT TO GRANT PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE TO OBTAIN THE FOLLOWING LISTED DOCUMENTS FROM UNUM LIFE INSURANCE COMPANY OF AMERICA.

<u>NOTE:</u> AS I STATED, PER OUR LAST PHONE CONVERSATION, IN REFERENCE TO UNUM LIFE INSURANCE COMPANY OF AMERICA / MR. WALTER P. MCEVILLY JR. PRODUCING THE $75,000 LIFE INSURANCE POLICY AND THE OTHER NECESSARY DOCUMENTS. THEY HAD BEEN CONTINUESLY FORWARDING ME, WHAT THEY CONSIDER MY LIFE INSURANCE POLICY, THAT DOES NOT HAVE MY NAME ON THE POLICY.

→

④

<u>QUESTIONS</u>: JUDGE MARY PAT THYNGE:

- YOUR HONOR, DO YOU HAVE A COPY OF THE $75,000 LIFE INSURANCE POLICY OR ANY OF THE LISTED DOCUMENTS.

- HOW ARE YOU ABLE TO RULE ON ANY OF THESE MOTIONS, WITHOUT HAVING THESE DOCUMENTS IN YOUR PRESENT.

(5)

<u>DOCUMENT #1</u> PLEASE PROVIDE A COPY FROM THE ORIGINAL OF THE PLAINTIFF'S LIFE INSURANCE POLICY. ($75,000 LIFE INSURANCE POLICY)

<u>DOCUMENT #2</u> PLEASE PROVIDE A COPY FROM THE ORIGINAL OF THE PLAINTIFF'S LONG TERM DISABILITY BENEFITS.

<u>DOCUMENT #3</u> PLEASE PROVIDE IN LETTER FORM, THE PERSON OR PERSONS WHO AUTHORIZED THE TERMINATION OF THE LONG TERM DISABILITY BENEFITS INSURANCE AND THE REASON WHY THE BENEFITS WERE TERMINATED.

<u>DOCUMENT #4</u> PLEASE PROVIDE A COPY FROM THE ORIGINAL OF THE PLAINTIFF'S PERSONAL ACCIDENT INSURANCE.



(6)

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SIGNED THIS 27, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

WALTER P. MCEVILLY JR.

STEVEN B LEE

1105 NORTH MARKET STREET 7th FLOOR

WILMINGTON, DELAWARE
  19801

