## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-301-MPT |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, | : | |
| Defendants. | : | |
| STEPHANIE LYNN FORD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-118-MPT |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **29th** day of **June, 2007**.

IT IS ORDERED that the transcript of the teleconference of June 29, 2007 and the decisions and discussions during that teleconference shall serve as an Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
