

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-CV-118 (JJF) |
| | ) | |
| | ) | Jury Trial Demand |
| | ) | |
| V. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

Plaintiffs' Respectfully, Request For The Honorable Judge Mary Pat Thynge To Be Removed From Presiding Over Case No. 05-CV-118, Defendant, Unum Life Insurance Company Of America .

Plaintiff's Request For Judge Joseph J. Farnan, Jr., To Be Reassigned To Case No. 05-CV-118, Effective Immediately.

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720.

2. Defendant, Unum Life Insurance Company Of America, resides or its business is located at 1105 North Market Street 7th Floor, Wilmington, Delaware 19801, / Attorney For The Defendant, Steven & Lee / Mr. Walter P. McEvilly Jr.

REQUEST: 1 the Plaintiff, Stephanie Lynn Ford am requesting that The Honorable Judge Joseph J. Farnan To presides over Case No. 05-CV-118, Effectively Immediately.

Sincerely,

*Stephanie Ford*

Stephanie Lynn Ford
19 Albany Ave.
Newcastle, Delaware 19720
(302) 658-6740

CC: Honorable Mary Pat Thynge
 Attorney / Mr. Walter P. McEvilly Jr.
 Attorney / Mr. Kirk Wolgemuth

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

28, MARCH 2008, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFIED MAIL

STEVEN & LEE
MR. WALTER P. McEVILLY ,JR.
ATTORNEY I.D. 0660
MR. KIRKL. WOLGEMUTH
ATTORNEY P.A. I.D.45792
1105 NORTH MARKET STREET 7TH FLOOR
WILMINGTON, DELAWARE 19801