IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF

CIVIL ACTION
NO.
05-CV-118(JJF)

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

DEFENDANT

CERTIFIED RECEIPT MAIL

Certificate of SERVICE RE: DI 74

June 13, 2008

FROM: STEPHANIE L. FORD
19 ALBANY AVE.
NEWCASTLE, DE. 19720



```
            BEAR POSTAL STORE
              BEAR, Delaware
                 197019998
               3379300701 -0098
04/04/2008     (302)836-5191      09:27:49 AM

  ─────────────  Sales Receipt  ─────────────
Product          Sale  Unit         Final
Description       Qt.  Price        Price
  ──────────────────────────────────────────

WILMINGTON DE 19801                 $0.97
Zone-1 First-Class
Large Env
  ..10 oz.
   eturn Rcpt (Green Card)          $2.15
   ertified                         $2.65
   abel #:         70071490000354647454
                                  ========
  ssue PVI:                         $5.77

  tal:                              $5.77

  id by:
  sh                               $10.00
  ange Due:                         $4.23

  der stamps at USPS.com/shop or call
  300-Stamp24.  Go to USPS.com/clicknship
   print shipping labels with postage.
   r other information call 1-800-ASK-USPS.

Bill#: 1000203331854
Clerk: 07

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.
     ****************************************
     ****************************************
          HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

             YOUR OPINION COUNTS
     ****************************************
     ****************************************

                Customer Copy
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Styz_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Stefani Foster   C. Date of Delivery |
| 1. Article Addressed to:<br>STEVEN B LEE<br>MR. WALTER P. MCEVILLY JR.<br>1105 NORTH MARKET STREET 7th FLOOR<br>WILMINGTON, DELAWARE 19801 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0003 5464 7454 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS JUNE 13, 2008, UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL

STEVEN $ LEE
MR. WALTER P. MCEVILLY JR.
MR. KIRK L. WOLGEMUTH
1105 NORTH MARKET STREET
7TH FLOOR
WILMINGTON, DELAWARE
19801