IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,                   :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 05-118-JJF
                                       :
UNAM LIFE INSURANCE COMPANY OF :
DELAWARE,                              :
                                       :
          Defendant.                   :

### ORDER

WHEREAS, on January 12, 2007, Defendant filed a Motion for Summary Judgment (D.I. 61);

WHEREAS, over sixteen months have passed since the filing of this motion and Plaintiff has not yet responded to Defendants' Motion;

NOW THEREFORE IT IS HEREBY ORDERED Plaintiff shall file an Answering Brief to the Defendant's Motion for Summary Judgment (D.I. 61) **no later than ten days from the date this Order is filed.** If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

June  16  , 2008

_____
UNITED STATES DISTRICT JUDGE