ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUN 25 AM 8:59

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-118 ( JJF) |
| | ) | |
| | ) | JURY TRIAL |
| V. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | |
| | | |
| Defendant. | | |

PLAINTIFF'S RESPONSE TO UNUM LIFE INSURANCRE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT (D.I.61)

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720.

2. Defendant, Unum Life Insurance Company Of America, resides or its business is located at 1105 North Market Street 7th Floor, Wilmington, Delaware 19801. Attorneys For The Defendant, Steven & Lee / Mr. Walter P. McEvilly, Jr. and Mr. Kirk Wolgemuth.

The Court Should Dismiss Unum Life Insurance Company Of America's Summary Judgment, because, Unum along with Christiana Care Health Systems Intentionally Terminated Plaintiff's $ 75,000 Life Insurance Policy, and all of the other benefits.

3. Defendants Quote from January 12, 2007 motion for summary judgment " Plaintiff has no claim against Unum because Plaintiff's loss of life insurance benefits resulted from her termination of employment " end quote

I the Plaintiff Stephanie L. Ford have an actionable claim against Unum. Unum methodically and conspired along with Christiana Care Health Systems, and terminated the Life Insurance Policy and making an unreasonable decision for denying the Long Term Disability Insurance benefits, by way of undermining the treating physician Dr. Ross Ufberg M.D. medical accessment, without examining me. I was involved in a Hit & Run automobile car accident my injuries are cervical thoracic lumbosacral strain, s/p r sided rib trauma, bilateral hamstring strain, r



5 pages

shoulder arm and forearm strain, neck and back pain, please see enclosed picture. I the Plaintiff should have not loss Life Insurance Policy nor should plaintiff's employment should have been terminated.

On April 25, 2006 met with The Magistrate Judge Mary Pat Thynge, Mr. Kirk Wolgemuth, attorney for Unum, plaintiffs' sister and uncle, for a mediation conference without a stenographer or court reporter presenter. Magistrate Judge Thynge concluded that she could get Unum to pay $2,000 for the Long Term Disability benefits( the amount of 40% of my pay) Which I the plaintiff refused and I personally asked Mr. Wolemuth for Life Insurance Policy, whereas, he did not bring the Policy or any other information pertaining to Life Insurance policy with him even Judge Thynge asked him for the Life Insurance Policy, and he said to her that he did not bring the policy with him.

The plaintiff's point is this, How are you going to make a reasonable decision when you don't have all the facts in front of you.

Then on December 6, 2006, Respectfully, Then, The Honorable Judge Kent A. Jordan Memorandum Opinion quote" I will grant Unum's Motion for Partial Summary Judgment and will deny Ms. Ford's Motion for Summary Judgment. I also will dismiss all of Ms. Ford's remaining claims, except her claim relating to the $75,000 life insurance policy. In addition, I will provide Ms. Ford with thirty days to submit briefing and evidence to support her life insurance policy claim. I will allow Unum to move for summary judgment on the life insurance policy claim within ten days of Ms. Ford's submission, or, if Ms. Ford makes no submission, within forty days of this Opinion and accompanying Order. An appropriate order will follow." end quote

I the Plaintiff, respectfully, believe then The Honorable Judge Kent A. Jordan Prematurely ruled and dismissed all of the other remaining claims without considering all of the facts of the case, He too does not have all of that facts at hand, so how is one able to reasonable deny or dismiss any this case. And on the day of trail for the insurance policy claim, it was abruptly canceled, I the plaintiff called Judge Jordan's secretary to confirm the court room and time, she inform me that the had been cancelled, I also ask her about me appealing the December 6, 2006 memorandum opinion, and she told me that I could not appeal, because part of this case is still open, meaning the Life Insurance Policy Claim.

4. Defendants Quote from January 12, 2007 motion for summary judgment " and failure to apply for portable or conversion under the policy." end quote.



The Court Should Also, Dismiss The Portable Or Conversion Portion Under The Policy portion of the Summary Judgment. Because, How Am I going to apply and purchase portable or conversion insurance, when, in fact, Unum had denied plaintiff's Long Term Disability Benefits and Christiana Care Health Systems had refused to hire me for employment. However, I the Plaintiff have spoken with Cobra Insurance via-telephone around April 15,2004 and they informed me that the insurance that I had through Christiana Care Health Systems was still in effect, and all Christiana Care had to do was get me back to work, because they still had time to do so. I the Plaintiff am asking the Court to retrieve the telephone conversation from verizon telephone company. I the plaintiff asked the court to dismiss the defendants summary judgment.

Sincerely,

*Stephanie Ford*

Stephanie L. Ford

6/25/08





STEPHANIE FORD
RIGHT RIB PAIN
10/28/03 ACCIDENT





# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS JUNE 25, 2008, UPON THE FOLLOWING IN THE MANNER INDICATED:

**U.S. REGULAR MAIL**

STEVEN $ LEE
MR. WALTER P. MCEVILLY JR.
MR. KIRK L. WOLGEMUTH
1105 NORTH MARKET STREET
7th FLOOR
WILMINGTON, DELAWARE
19801

(5)